JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITA MILLER, | ) NO. EDCV 16-1822-KS |
|     Plaintiff, | ) |
| v. | ) JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 25, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE